### UNITED STATES of America,
### Plaintiff–Appellee,

v.

### Barry R. BIBB, Defendant–Appellant.

### No. 01–6203.

United States Court of Appeals,
Fourth Circuit.

Submitted April 12, 2001.

Decided April 19, 2001.

Barry R. Bibb, pro se. Jean Barrett Hudson, Office of the United States Attorney, Charlottesville, VA, for appellee.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Barry R. Bibb appeals the district court's order denying his motion for calculation of a term of imprisonment. We have reviewed the record and the district court's opinion and find no reversible er-

ror. Accordingly, we affirm on the reasoning of the district court. *See United States v. Bibb,* No. CR–97–56 (W.D.Va. Jan. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*